UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAOGANG YAO,<br><br>        Plaintiff,<br><br>  v.<br><br>ALBERTO GONZALES, et al.,<br><br>        Defendants. | No. C06-1785P<br><br>ORDER TO SHOW CAUSE |

The Court has reviewed Plaintiff's petition for determination of naturalization application. The Court hereby ORDERS Defendants to show cause within 30 days why the Court should not grant Plaintiff's application for naturalization by the authority of the Immigration and Nationality Act, which confers jurisdiction to this Court to compel agency action on a naturalization application or make a ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conducted . . . ." 8 U.S.C. § 1447(b). Defendants shall respond to this order with a written pleading that states: (1) all reasons that Plaintiff's naturalization application has not been approved; (2) all reasons that the Court should not approve the application immediately; and, if appropriate (3) a proposed plan for promptly deciding Plaintiff's naturalization application.

ORDER - 1

The Court notes that Plaintiff attached a number of materials to his petition (Dkt. No. 1), including but not limited to his Application for Naturalization form. These materials are not redacted and reveal, among other things, Plaintiff's Social Security number and date of birth.

On May 29, 2003, this Court adopted a General Order Regarding Public Access to Electronic Case Files.[1] This General Order provides:

> Parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all pleadings filed with the court, including exhibits thereto, whether filed electronically or in paper, unless otherwise ordered by the Court.
>
> A. **Social Security numbers**. If an individual's social security number must be included in a pleading, only the last four digits of that number should be used.
> B. **Names of minor children**. If the involvement of a minor child must be mentioned, only the initials of that child should be used.
> C. **Dates of birth**. If an individual's date of birth must be included in a pleading, only the year should be used.
> D. **Financial account numbers**. If financial account numbers are relevant, only the last four digits of these numbers should be used.

The General Order provides that "[t]he responsibility for redacting these personal identifiers rests solely with counsel and the parties."

To protect the security of Plaintiff's personal data identifiers, the Court will direct the Clerk to SEAL Docket No. 1 in this case. Within three judicial days of the date of this Order, Plaintiff is ORDERED to file a redacted version of the materials contained in Docket No. 1, which shall redact all personal data identifiers listed in the Court's General Order. The redacted version will be publicly accessible.

//

//

//

---

[1] General orders of the Court are available on the Court's website (www.wawd.uscourts.gov) under the "Reference Materials" section.

ORDER - 2

1    The Clerk is directed to send copies of this order to all counsel of record.  The Clerk is further
2 directed to SEAL Docket No. 1.  As Defendants have not yet appeared in this matter, the Clerk shall
3 also direct a copy of this Order to the United States Attorney's Office for the Western District of
4 Washington.

5    Dated this 30th day of January, 2007.

                                              s/Marsha J. Pechman
                                              Marsha J. Pechman
                                              United States District Judge

ORDER - 3